IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| MELISSA A. LEMMON<br>801 South Marylyn Ave.<br>Essex, Maryland 21221<br><br>*Plaintiff*<br><br>v.<br><br>MARGOLIS, PRITZKER, EPSTEIN<br>& BLATT, P.A.<br>110 West Road, Suite 222<br>Towson, Maryland 21201<br><br>*Defendant* | *<br>*<br>*<br>*<br>*   Case No.<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Margolis, Pritzker, Epstein & Blatt, P.A., Defendant, by its attorneys, Hal J. Blatt, Randolph C. Baker and Margolis, Pritzker, Epstein & Blatt, P.A., pursuant to 28 U.S.C. §1441 and §1446(a), files this Notice of Removal, and states:

1. Plaintiff, Melissa A. Lemmon, filed suit in the Circuit Court for Baltimore City on January 22, 2014, and the case was assigned case number 24-C-14-000369.

2. Margolis, Pritzker, Epstein & Blatt, P.A., Defendant, was served with the suit on January 30, 2014. This Notice of Removal is filed within the 30-day time period required by 28 U.S.C. §1446(b).

3. In Plaintiff's Complaint, Plaintiff alleges three (3) causes of actions against Margolis, Pritzker, Epstein & Blatt, P.A., Defendant, as follows:

    a. Count I -Violation of the Fair Debt Collection Practices Act;

    b. Count II- Violation of Maryland Consumer Debt Collection Act; and

      c.      Count III- Violation of the Maryland Consumer Protection Act.

4.      Removal is proper because Plaintiff's claim in Count I involves a federal question under the Fair Debt Collection Practices Act (15 U.S.C. §1692, *et seq.*)

5.      In accordance with 28 U.S.C. § 1446(a), all process, pleadings, and orders served upon Margolis, Pritzker, Epstein & Blatt, P.A., Defendant, are attached hereto and marked as follows:

      a.      Writ of Summons issued 01/24/14 is attached hereto as Attachment #1;

      b.      "Civil Non Domestic Case Information Report" is attached hereto as Attachment #2; and

      c.      "Class Action Complaint and Demand for Jury Trial" is attached hereto as Attachment #3.

6.      In accordance with 28 U.S.C. §1446(d), Defendant, Margolis, Pritzker, Epstein & Blatt, P.A., will promptly give written notice to all adverse parties of the filing of this Notice of Removal and also file a copy of this Notice of Removal with the clerk of the state court in which the action has been pending.

_____
Hal J. Blatt, #29184

_____
Randolph C. Baker, #05954
Margolis, Pritzker, Epstein & Blatt, P.A.
110 West Road, Suite 222
Towson, Maryland 21204
410-823-2222 (voice)
410-337-0098 (fax)
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of February 2014 a copy of the foregoing "Notice of Removal" was mailed postage prepaid to the following:

> E. David Hoskins, Esq.
> Max F. Brauer, Esq.
> The Law Offices of E. David Haskins, Esq.
> 16 East Lombard Street, Suite 400
> Baltimore, Maryland 21202
> *Attorneys for Plaintiff*
>
> Clerk of the Circuit Court
> Circuit Court for Baltimore City
> Courthouse East
> 111 North Calvert Street, Room 462
> 401 Bosley Avenue
> Baltimore, Maryland 21202

_____
Randolph C. Baker