IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA LEMMON

    Plaintiff,

v.

MARGOLIS, PRITZKER,
EPSTEIN & BLATT, P.A., et al.

    Defendant.

Case No. 1:14-cv-00599-WMN

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Melissa Lemmon, by her undersigned counsel, voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Respectfully submitted,

Dated: July 25, 2014

/s/ Max F. Brauer
Max F. Brauer, Esq.
The Law Offices of E. David Hoskins, LLC
16 E. Lombard Street, Ste. 400
Baltimore, Maryland 21202
(410) 662-6500 (Tel.)
*Attorneys for the Plaintiff*
*Melissa Lemmon*

" APPROVED " THIS 28th DAY
OF July , 2014
/s/
SENIOR UNITED STATES DISTRICT JUDGE
WILLIAM M. NICKERSON

1